# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,**  Plaintiff,  v.  **WILLIAM SUGGS, SR.,** *et al.*,  Defendants. | Case No. 7:22-CV-145 (HL) |

## ORDER

On January 27, 2023, a notice of deficiency was entered informing Plaintiff Auto-Owners Insurance Company ("Auto-Owners") that all nongovernmental corporate parties are required to file a corporate disclosure statement pursuant to Local Rule 87. The notice of deficiency instructed Auto-Owners to file its corporate disclosure statement "immediately," but Auto-Owners still has not filed a disclosure statement.

Accordingly, Auto-Owners is **ORDERED** to file its corporate disclosure statement no later than **March 16, 2023**. Failure to do so will result in sanctions against the party and/or counsel.

**SO ORDERED** this 2nd day of March, 2023.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aem