# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,**<br><br>     Plaintiff,<br><br>v.<br><br>**WILLIAM SUGGS, SR.,** *et al.,*<br><br>     Defendants. | Case No. 7:22-CV-145 (HL) |

## ORDER

On January 27, 2023, a notice of deficiency was entered informing Defendants American Fiberglass Products, Inc., Valdosta Home Center, LLC, and Wayne Frier Home Center of Waycross, LLC, that all nongovernmental corporate parties are required to file a corporate disclosure statement pursuant to Local Rule 87. The notice of deficiency instructed Defendants to file their corporate disclosure statements "immediately," but Defendants still have not filed a disclosure statement.

Accordingly, Defendants are **ORDERED** to file their corporate disclosure statement no later than **March 16, 2023**. Failure to do so will result in sanctions against the parties and/or counsel.

**SO ORDERED** this 2nd day of March, 2023.

*s/     Hugh     Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aem