IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-145 (HL) |
| | * |
| VALDOSTA HOME CENTER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff as to Defendants Valdosta Home Center, LLC and Wayne Frier Home Center of Waycross, LLC

This 12th day of July, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk